AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

United States of America

        Plaintiff(s)    )     **APPEARANCE**

        vs.    )     CASE NUMBER  CR-05-342-RCL

Alvaro Serrano Archbold-Manner, et al

        Defendant(s)

To the Clerk of this court and all parties of record:

Please enter the appearance of   Teresa A. Wallbaum   as counsel in this
(Attorney's Name)

case for: United States of America
(Name of party or parties)

August 14, 2008
Date

Illinois # 6211941
BAR IDENTIFICATION

_Signature_
Teresa A. Wallbaum
Print Name

1400 New York Ave, NW
Address

Washington, DC 20530
City     State     Zip Code

(202) 616-5193
Phone Number